IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:08CR454
                              )
         v.                   )
                              )
VINCENT GEPSON,               )         ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 23). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, April 13, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties will have time to explore plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 9, 2009, and April 13, 2009, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 4th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court