IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:08CR454
                               )
      v.                       )
                               )
VINCENT GEPSON,                )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue change of plea hearing (Filing No. 33).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Friday, February 19, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The medical evaluation should be completed; and the parties will have time to finalize plea negotiations, including cases transferred from the Southern District of Iowa, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between November 13, 2009, and February 19, 2010, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court