IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         8:08CR454
                                )
        v.                      )
                                )
VINCENT GEPSON,                 )         ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue Rule 11 hearing (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Friday, June 18, 2010, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The medical procedures scheduled for defendant should be completed; and the parties will have time to finalize plea negotiations, including cases transferred from the Southern District of Iowa, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 14, 2010, and June 18, 2010, shall be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court